IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01943-BNB

MIGUEL TRIMBLE,

      Applicant,

v.

TRAVIS TRANI, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 16 2009

GREGORY C. LANGHAM
CLERK

---

ORDER FOR APPLICANT TO FILE
SUPPLEMENTAL REPLY

---

On November 12, 2009, Respondents filed a Supplement to their Pre-Answer

Response, in which they raised a procedural default issue with respect to Claim Four.

Mr. Trimble filed a Reply to the Supplement. In the Reply, he requested that he be

granted an evidentiary hearing at which he be allowed either to demonstrate cause and

prejudice or actual innocence with respect to Respondents procedural default

arguments. Mr. Trimble's request for an evidentiary hearing will be denied. He will be

allowed to submit a Supplemental Reply to Respondent's Supplement, however, and

argue cause and prejudice or actual innocence regarding the procedural default raised

by Respondents. Accordingly, it is

ORDERED that Applicant's request for an evidentiary hearing is denied. It is

FURTHER ORDERED that **within twenty-one days from the date of this**

**Order** Applicant shall file a Supplemental Reply and assert a basis for any procedural

default. It is

FURTHER ORDERED that if Mr. Trimble fails to file a Supplemental Reply within the time allowed the Court will continue to determine the issue of exhaustion as it pertains to Claim Four.

DATED December 16, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-01943-BNB

Miguel Trimble
Prisoner No.  111124
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

Roger G. Billotte
Assistant Attorney General
**DELIVERED ELECTRONICALLY**


        I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on__**12/16/09**____

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk