IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-01943-REB

MIGUEL TRIMBLE,

    Applicant,

v.

TRAVIS TRANI, and
COLORADO ATTORNEY GENERAL,

    Respondents.

## MINUTE ORDER[1]

    The matter comes before the court on the **Motion For Permission To File Traverse To Respondent's Answer To Order To Show Cause** [#37] filed July 21, 2010. The motion is **GRANTED**, and the **Applicant's Traverse To Respondent's Answer To Show Cause** [#37-1] is accepted for filing.

    Dated: July 21, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.