IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01943-REB

MIGUEL TRIMBLE,

    Applicant,

v.

TRAVIS TRANI, and
COLORADO ATTORNEY GENERAL,

    Respondents.

___

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS
___

It is hereby ORDERED that the Clerk of the Court for the District Court of the City and County of Denver, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in ***People v. Miguel Trimble***, Denver County District Court, **Case No. 99CR4106**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before November 15, 2010.**

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the District Court of the City and County of Denver, by

facsimile to (720) 865-8582 and by regular mail to Clerk of the Court, 1437 Bannock St., Rm 256, Denver, CO 80202.

DATED at Denver, Colorado, October 15, 2010.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge