**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  09-cv-01943-REB

MIGUEL TRIMBLE,

    Applicant,

v.

TRAVIS TRANI, and
COLORADO ATTORNEY GENERAL,

    Respondents.

## MINUTE ORDER[1]

    The matter is before the court on the applicant's **Application For Certification of Appealability From The District Court; and Statement of Reasons in Support** [#55][2] filed September 2, 2011.  The application is **DENIED**.  The issue of a certificate of appealability was addressed in this court's **Order Denying 28 U.S.C. § 2254 Application** [#52] entered August 5, 2011.

    Dated:  September 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.